JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MACIAS, | Case No. CV 14-08922-JFW (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| WILLIAM MUNIZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: December 17, 2015

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE